UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff-Appellee,<br>v.<br>PABLO MAGANA,<br>　　　　　　　　Defendant-Appellant. | Case No.:  19cr1452 / 21cv440 WQH<br><br>**ORDER** |

HAYES, Judge:

　　The matter before the Court is the Certificate of Appealability arising under 28 U.S.C. § 2255. (ECF No. 63).

　　On October 27, 2021, this Court filed an order denying the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 filed by Defendant. (ECF No. 60).

　　On November 22, 2021, Petitioner filed a Notice of Appeal (ECF No. 61). On March 17, 2021, the Court of Appeals issued an Order stating in relevant part: "This case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997)." ECF No. 63.

1      A certificate of appealability must be obtained by a petitioner in order to pursue an appeal from a final order in a § 2255 habeas corpus proceeding. 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "[T]he district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted." *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). A certificate should issue where the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and whether the district court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    Upon review of the record in this case, the Court concludes that petitioner has not shown that his claims of ineffective assistance of counsel make a substantial showing of the denial of a constitutional right.  Defense counsel in this case thoroughly and accurately presented the facts and the law to be applied in this case.  There are no grounds to conclude that the performance of counsel was deficient or that Defendant suffered any prejudice from the representation of counsel.

    IT IS HEREBY ORDERED that the Certificate of Appealability is denied.

Dated: January 31, 2022

                                        Hon. William Q. Hayes
                                        United States District Court